# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:06CV160

| | |
|---|---|
| TASHA C. MARSHALL, )<br>        Plaintiff, )<br>v. )<br>)<br>PHILIP MORRIS USA, INC., )<br>        Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on its own motion. The parties are hereby directed to file a report to the court within 10 days from the date of this order as to the status of this case.

**IT IS SO ORDERED.**

Signed: March 28, 2007

_Graham C. Mullen_
Graham C. Mullen
United States District Judge