IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV160

| | |
|---|---|
| TASHA C. MARSHALL, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>PHILIP MORRIS USA INC., )<br>        Defendant. )<br>) | ORDER |

THIS MATTER is before the Court upon Plaintiffs' Stipulation of Dismissal with Prejudice. [Docket # 15].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: May 4, 2007

Graham C. Mullen
United States District Judge